UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
BOZZUTO MANAGEMENT COMPANY,                             :
                                                        :
                                    Plaintiff,          :
                                                        :        24-CV-4305 (VSB)
                    -against-                            :
                                                        :        **ORDER**
STARR INDEMNITY & LIABILITY                             :
COMPANY,                                                :
                                                        :
                                    Defendant.          :
                                                        :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On June 24, 2024, I extended the time for Defendant to respond to Plaintiff's complaint to July 30, 2024. (Doc. 12.) To date, however, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than August 13, 2024. If Plaintiff fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     August 5, 2024
           New York, New York

                                        _____
                                        VERNON S. BRODERICK
                                        United States District Judge