**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.**

100 Wall Street
20th Floor
New York, NY 10005

Main: 212.431.8700
Fax: 212.334.1278
foster.com

The deadline for Plaintiff to move for default judgment is hereby extended to September 6, 2024.

Dated: August 26, 2024

Direct Phone: 212.965.4526
alan.heller@foster.com

August 13, 2024

**Via ECF**
Judge Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

Re: *Bozzuto Management Company v. Starr Indemnity & Liability Company*
(Case No. 1:24-cv-04305(VSB))

Dear Judge Broderick:

We are counsel to Plaintiff Bozzuto Management Company. We submit this letter motion to respectfully request a two (2) week extension of time for the Plaintiff to comply with this Court's August 5, 2024 Order to either file a motion for a Default Judgment against Defendant Starr Indemnity & Liability Company ("Defendant") or commence prosecution of this Action.

The reason for this request is that, while Plaintiff and Defendant have reached an agreement in principle on the issues raised in this Action, they are still waiting for confirmation that a cross-claim initiated by a third-party against Plaintiff in a related Florida action will be dismissed as part of the parties' settlement. We are hopeful that we will be able to resolve the cross-claimant dismissal issue within the requested two (2) week extension period.

This is the first request for an extension of time to comply with this Court's August 5, 2024 Order.

Thank you for your consideration.

Respectfully submitted,

Alan A. Heller (AH-7942)

cc: Ms. Stephanie L. Smith (via email Stephanie.Smith@starrcompanies.com)
James D. Bragdon, Esq. (via email jbragdon@gejlaw.com)
Joe Dugan, Esq. (via email jdugan@gejlaw.com)

FG: 102899190.1

SEATTLE    PORTLAND    WASHINGTON, D.C.    NEW YORK    SPOKANE    BEIJING